**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 03-cv-01607-AP

CITY OF GREELEY, COLORADO, acting by and through its Water and Sewer Board,

    Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
UNITED STATES DEPARTMENT OF THE INTERIOR,
KEN SALAZAR, Secretary of the Interior, and
ROWAN GOULD, Acting Director of the United States Fish and Wildlife Service,

    Defendants.

---

**ORDER**
_____

**Judge John L. Kane orders**

    This matter comes before the Court on the Joint Motion for Court to Dismiss But Retain Jurisdiction to Enforce Settlement Agreement (doc. #46), filed April 15, 2009.  The Motion is **GRANTED**.  It is

    **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.  Incorporated by reference and attached as Exhibit 1 is a true and correct copy of the Stipulation of Settlement signed by counsel for all parties to this case and by a representative of the Federal Defendants. The Court shall retain jurisdiction for the sole purpose of entering such further orders, direction, or relief as may be necessary or appropriate for the construction, implementation, or enforcement

of the Stipulation of Settlement.  *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381 (1994).

Dated:  April 16, 2009

BY THE COURT:

***S/John L. Kane***
John L. Kane, Senior Judge
United States District Court
