UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-01607-JLK**

**CITY OF GREELEY, COLORADO,** acting by and through its Water and Sewer Board,

    Plaintiff,

v.

**UNITED STATE FISH AND WILDLIFE SERVICE,**
**UNITED STATES DEPARTMENT OF THE INTERIOR,**
**KEN SALAZAR,** Secretary of the Interior, and
**ROWAN GOULD,** Acting Director of the United States Fish and Wildlife Service

    Defendants

---

## ORDER

---

**Kane, J.**

This matter is before me on Defendants' Unopposed Motion to Modify Court Order (Doc. 48), filed August 6, 2010. The Motion is GRANTED. My prior Order (Doc. 47), which had incorporated by reference the parties' Stipulation of Settlement, is hereby modified to reflect that the United States Fish and Wildlife Service shall submit the Final Amended Critical Habitat Rule to the Federal Register for publication on or before December 1, 2010.

Dated: August 9, 2010                    BY THE COURT:

                                                            **/s/ John L. Kane**
                                                            Senior U.S. District Court Judge